LOHRA L. MILLER (#6420)
District Attorney for Salt Lake County
N. M. D'ALESANDRO (#4818)
Deputy District Attorney
2001 South State Street, #S3700
Salt Lake City, Utah 84190-1200
Telephone: (801) 468-3421
Facsimile: (801) 468-2622
*Attorneys for Defendant Salt Lake County*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NATALIE HENDERSON, spouse of decedent ARTHUR HENDERSON; LINDSEY HENDERSON, TYSON HENDERSON, KOLTON HENDERSON, K.B.H., and D.R.H., decedent's children; and BERNIE HENDERSON and TERESA HENDERSON, decedent's natural parents,<br><br>Plaintiffs,<br><br>vs.<br><br>SALT LAKE COUNTY, and its jail, SALT LAKE COUNTY METRO JAIL, JOHN and JANE DOES I-X, and XYZ ENTITIES I-X,<br><br>Defendants. | Civil No. 2:08-cv-00272 BSJ<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br><br>Judge Bruce S. Jenkins |

Plaintiffs NATALIE HENDERSON, LINDSEY HENDERSON, TYSON HENDERSON, KOLTON HENDERSON, K.B.H., D.R.H., BERNIE HENDERSON, and TERESA HENDERSON, by and through their counsel of record, Kevin J. Sutterfield and Brett R. Boulton, and Defendant SALT LAKE COUNTY ("County"), by and through its counsel, N. M. D'Alesandro, Deputy District Attorney, stipulate and agree that the claims of the Plaintiffs have been fully compromised and settled and jointly move this Court for an Order dismissing the complaint, including all claims

and causes of action that were brought or that could have been brought, on the merits, with prejudice, each party to bear its own costs and attorney fees incurred herein.

DATED this ___11___ day of September 2008.

**FOR PLAINTIFFS:**

_____
KEVIN J. SUTTERFIELD
BRETT R. BOULTON
*Attorneys for Plaintiffs*

**FOR DEFENDANT SALT LAKE COUNTY:**

_____
N. M. D'ALESANDRO
Deputy District Attorney
*Attorney for Defendant Salt Lake County*

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that on the 16th day of September, 2008, a true and correct copy of the foregoing *Stipulation for Dismissal with Prejudice* and the proposed *Order* was electronically filed with the clerk of the court using the CM/ECF system which sent notification of such filing to:

> Brett R. Boulton, Esq.
> Kevin J. Sutterfield, Esq.
> FLICKINGER & SUTTERFIELD, P.C.
> Brettrboulton@yahoo.com
> *Attorneys for Plaintiffs*

Manual Recipient:

> Phillip S. Ferguson
> CHRISTENSEN & JENSEN, P.C.
> 15 West South Temple, Suite 800
> Salt Lake City, UT 84101

/s/ Nichol P Ruigelman, C.P.